**People of the State of Illinois, Defendant in Error, v. Michael Noonan, Plaintiff in Error.**

**Gen. No. 49,118.**

First District, First Division.

January 6, 1964.

Rehearing denied January 21, 1964.

Barry Goodman and Warren D. Wolfson, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John J. O'Toole, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE MURPHY. Not to be published in full.